NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  AXCESS INTERNATIONAL, INC.,**
*Appellant*

---

2016-1430

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/012,363.

---

**JUDGMENT**

---

MICHAEL J. MARCIN, Fay Kaplun & Marcin, LLP, New York, NY, argued for appellant.

PHILIP J. WARRICK, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, BENJAMIN T. HICKMAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  November 3, 2016  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |